MARY CHARLTON, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Insurance — action on policy of life insurance — when false representations in application no defense.*

*Charlton* v. *Metropolitan Life Ins. Co.,* 202 App. Div. 757, affirmed. (Argued December 7, 1922; decided January 9, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 1, 1922, affirming a judgment of the City Court of Yonkers in favor of plaintiff entered upon a verdict. The action was to recover upon a policy of life insurance. The defense was that insured had made false statements in his application for insurance. The Appellate Division held that under the provisions of section 58 of the Insurance Law a false representation is not a warranty unless fraudulently made and, a jury having found on conflicting evidence that there was no fraud, plaintiff was entitled to recover.

*Walter F. Wood* for appellant.
*Harry J. Laragh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.